UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CR-035 JD |
| | ) | |
| WILLIS FIELDS | ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on March 28, 2013 [DE 11]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Willis Fields' plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:  April 16, 2013

                                                /s/ JON E. DEGUILIO
                                                Judge
                                                United States District Court